# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SCOTTIE DALE PENNINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:13-0017 |
| | ) | Judge Sharp |
| BOB TERRY, et al., | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Due to the pending motion for summary judgment (Docket No. 20) the trial and pretrial conference will be need to be rescheduled. The jury trial scheduled for October 7, 2014, is hereby rescheduled for Tuesday, February 17, 2015, at 9:00 a.m. The final pretrial conference scheduled for September 22, 2014, is rescheduled for February 2, 2015, at 2:30 p.m. Both set in Cookeville, Tennessee.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

It is so **ORDERED.**

_____
KEVIN H. SHARP
U.S. District Judge